GREENBERG TRAURIG, LLP
Ian C. Ballon, State Bar No. 141819
ballon@gtlaw.com
Monica A. Hernandez, State Bar No. 280195
hernandezmo@gtlaw.com
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiff
CafePress Inc.

RUSS, AUGUST & KABAT
Brian D. Ledahl, State Bar No. 186579
Email: bledahl@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Defendant
Stonemark Technologies, LLC

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

5/9/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| CAFEPRESS INC. | Case No. 16-cv-01764 YGR (LB) |
| Plaintiff, | |
| vs. | **STIPULTION FOR EXTENSION OF TIME TO PLEAD IN RESPONSE TO COMPLAINT** |
| STONEMARK TECHNOLOGIES, LLC | |
| Defendant. | |

1

1    WHEREAS Plaintiff CafePress Inc. served its complaint in this matter on April 8, 2016;

2    and

3    WHEREAS the parties have agreed upon an extension of thirty (30) days of Defendant

4    Stonemark Technologies, LLC's time to respond to the complaint.

5    NOW THEREFORE, the parties hereto, by and through counsel, stipulate and agree that

6    Defendant Stonemark Technologies, LLC's time to respond to the complaint in this matter shall

7    be extended by 30 days to May 31, 2016.

8

9    DATED:  April 29, 2016                          RUSS, AUGUST & KABAT
                                                     Brian D. Ledahl
10

11

12                                                   By:   /s/ Brian D. Ledahl_____
                                                           Brian D. Ledahl
                                                           Attorneys for Defendant
13                                                         Stonemark Techologies, LLC

14

15                                                   GREENBERG TRAURIG, LLP
                                                     Ian C. Ballon
16                                                   Monica A. Hernandez
                                                     Joshua L. Raskin
17                                                   Vimal M. Kapadia

18

19                                                   By:___/s/ Monica A. Hernandez (with approval)
                                                           Monica A. Hernandez
                                                           Attorneys for Plaintiff
20                                                         CafePress Inc.

21

22

23

24

25

26

27

28

2

Stipulation re: Time to Respond to Complaint

**ATTESTATION RE: SIGNATURES**

I attest that concurrence in the filing of this document by all individuals whose signatures appear thereon was obtained in advance of the filing.

By:___/s/ Brian D. Ledahl_____
Brian D. Ledahl

RUSS, AUGUST & KABAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3