1  Ian Ballon (SBN 141819)
   Monica Hernandez (SBN 280195)
2  **GREENBERG TRAURIG, LLP**
   1900 University Avenue, 5th Floor
3  East Palo Alto, California 94303
4  Telephone: (650) 328-8500
   Facsimile: (650) 328-8508
5  ballon@gtlaw.com
   hernandezmo@gtlaw.com
6
7  Joshua L. Raskin (*pro hac vice*)
   Vimal M. Kapadia (*pro hac vice*)
8  **GREENBERG TRAURIG, LLP**
   MetLife Building
9  200 Park Avenue,
   New York, New York 10166
10 Telephone:  (212) 801-9200
   Facsimile:  (212) 801-6400
11 raskinj@gtlaw.com
12 kapadiav@gtlaw.com

13 *Attorneys for Plaintiff CafePress Inc.*

GRANTED
/s/ Yvonne Gonzalez Rogers
Judge Yvonne Gonzalez Rogers
6/3/16

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| CAFEPRESS INC., | Case No.: 4:16-cv-01764-YGR |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| STONEMARK TECHNOLOGIES, LLC, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff CafePress Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses its Complaint in the present case against Defendant Stonemark Technologies, LLC without prejudice.  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, this case may be dismissed without prejudice and without an Order of the Court.

DATED:  May 31, 2016   GREENBERG TRAURIG, LLP

By:   */s/ Ian C. Ballon*
Ian Ballon (SBN 141819)
Monica Hernandez (SBN 280195)
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508
ballon@gtlaw.com
hernandezmo@gtlaw.com

Joshua L. Raskin (*pro hac vice*)
Vimal M. Kapadia (*pro hac vice*)
**GREENBERG TRAURIG, LLP**
MetLife Building
200 Park Avenue,
New York, New York 10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
raskinj@gtlaw.com
kapadiav@gtlaw.com

*Attorneys for Plaintiff CafePress Inc.*